472 A.2d 237

Commonwealth v. Noquerol, Appellant.

Submitted November 7, 1983. Joseph J. Huss, for appellant; Robert B. MacIntyre, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

We vacate the judgment of sentence and remand for resentencing. Jurisdiction is relinquished.